UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-12688 |
| | | CHAPTER 13 |
| BRIAN T. WILSON | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916436 | $20.39 |

Creditor(s)
CAPITAL ONE
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091

                                         Respectfully submitted,

                                    /s/   Margaret A. Burks, Esq.
                                          Margaret A. Burks, Esq.
                                          Chapter 13 Trustee
                                          Attorney No. OH 0030377

                                          Francis J. DiCesare, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0038798

                                          Karolina F. Perr, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0066193

                                          600 Vine Street, Suite 2200
                                          Cincinnati, OH 45202
                                          (513) 621-4488
                                          (513) 621 2643 (Facsimile)
                                          mburks@cinn13.org - Correspondence only
                                          fdicesare@cinn13.org
                                          kperr@cinn13.org
                                          cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

                          /s/    Margaret A. Burks, Esq.
                                 Margaret A. Burks, Esq.

CAPITAL ONE
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
711 PROVIDENT BANK BLDG
632 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
BRIAN T. WILSON
13015 S. WILMINGTON CT.
AURORA, IN  47001

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

CAPITAL ONE
6125 LAKEVIEW ROAD
SUITE 800
CHARLOTTE, NC 28269

CAPITAL ONE
P.O. BOX 70884
CHARLOTTE, NC 28272

CAPITAL ONE
C/O AMERICAN INFORMATION SOURCE
P.O. BOX 54529
OKLAHOMA CITY, OK 73154

CAPITAL ONE
P.O. BOX 71083
CHARLOTTE, NC 28272